1  **DIANE M. REGAN**
   California State Bar No. 207027
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Diane_Regan@fd.org

5  Attorneys for Mr. Romero-Moreno

                    UNITED STATES DISTRICT COURT

                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

                      **(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ8251-PCL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| WILSON ARMANDO ROMERO-MORENO, | ) | |
| Defendant. | ) | |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Diane M. Regan, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                    Respectfully submitted,

Dated: March 21, 2008              */s/ Diane M. Regan*
                                    **DIANE M. REGAN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Romero-Moreno
                                    Diane_Regan@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 21, 2008                     /s/ Diane Regan
**DIANE M. REGAN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: Diane_Regan@fd.org