FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1237-L |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| WILSON ARMANDO ROMERO-MORENO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 18, 2008, within the Southern District of California, defendant WILSON ARMANDO ROMERO-MORENO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal agent that he was a citizen of Mexico when in fact he is a citizen of Honduras, whereas in truth and fact, as defendant then and there well knew that statement and representation was

//
//
//
//

JDM:mg:Imperial
4/17/08

false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: <u>April 17, 2008</u>.

KAREN P. HEWITT
United States Attorney

*[signature]*

JEFFREY D. MOORE
Assistant U.S. Attorney